UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

QSI, INC.,

    Plaintiff,                                 Case No. 3:24-cv-133

vs.

JAMES NEYHOUSE,                      District Judge Michael J. Newman

    Defendant.

**ORDER: (1) REQUIRING PLAINTIFF'S COUNSEL AND DEFENDANT TO MEET AND CONFER TO DETERMINE IF ANY RESOLUTION CAN BE REACHED CONCERNING THE MATTERS AT ISSUE IN THE PENDING MOTIONS FOR INJUNCTIVE RELIEF; (2) REQUIRING PLAINTIFF'S COUNSEL TO FILE A NOTICE INDICATING THE RESULTS OF THEIR INFORMAL CONFERENCE WITH *PRO SE* DEFENDANT; (3) AUTHORIZING PLAINTIFF'S COUNSEL TO FILE THE NOTICE UNDER SEAL; AND (4) DIRECTING THE CLERK OF COURT TO IMMEDIATELY ADD TO THE DOCKET ATTORNEYS McGLAUGHLIN AND WILK AS COUNSEL FOR PLAINTIFF**

On April 29, 2024, the Court held a preliminary telephone conference pursuant to S.D. Ohio Civ. R. 65.1 concerning Plaintiff's motions for a temporary restraining order and preliminary injunction. Doc. No. 6. Attorneys Jaime S. Tuite, Erin Mclaughlin, and Ryan Wilk appeared on behalf of Plaintiff,[1] and Defendant appeared *pro se*.[2] During the conference, the Court instructed Plaintiff's counsel and Defendant to meet and confer today to determine if any resolution can be reached concerning the matters at issue. The Court directed the parties to file

---

[1] In light of their pending motions to appear *pro hac vice*, the Court granted attorneys Mclaughlin and Wilk leave to appear and represent Plaintiff during the phone conference. In addition, because attorney Jaime S. Tuite is admitted to practice in the United States District Court for the Southern District of Ohio, the Court's prior Order requiring Plaintiff to obtain local counsel is satisfied.

[2] The Court then *pro se* Defendant of the availability of private counsel and the Dayton Lawyer Referral Service.

a Notice indicating the results of the conference and authorized Plaintiff's counsel to file the Notice under seal.

In the event the parties do not resolve the pending matters, the Court will reconvene the preliminary telephone conference on Plaintiff's motion for a temporary restraining order as soon as reasonably possible, no later than Wednesday, May 1, 2024. As Plaintiff's counsel agreed during the telephone conference, a copy of this Order and all documents filed to date will be emailed to Defendant forthwith. The Court assumes the *pro hac vice* motions filed by attorneys McGlaughlin and Wilk will be granted. Consequently, and given the urgency of the pending matters, the Court directs the Clerk of Court to immediately add attorneys McGlaughlin and Wilk to the docket as counsel for Plaintiff.

**IT IS SO ORDERED.**

April 29, 2024                                        s/*Michael J. Newman*
                                                              Hon. Michael J. Newman
                                                              United States District Judge