IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| QSI, INC., | Case No. 3:24-cv-00133 |
| Plaintiff, | |
| | District Judge Michael J. Newman |
| vs. | Magistrate Judge Caroline H. Gentry |
| JAMES NEYHOUSE, | |
| Defendant. | |

# ORDER

This matter came before the Court on Plaintiff's Motion for Expedite Discovery (Doc. No. 3). For the reasons stated in the Motion, and for good cause shown, the Motion is GRANTED.

The Clerk of Court is DIRECTED to attach copies of Doc. Nos. 3-1 and 3-2 to this Order, and to serve it on Defendant by email (jrn.ndc@gmail.com) and also by overnight mail if his address is known.

Defendant James Neyhouse is hereby ORDERED:

1. To respond fully in writing and under oath to Plaintiff's First Set of Interrogatories Directed to James Neyhouse (Doc. No. 3-1), a copy of which is attached. Defendant shall provide his written responses to Plaintiff's counsel, Erin McLaughlin, via email (erin.mclaughlin@bipc.com) and regular mail (Buchanan Ingersoll & Rooney PC, Union Trust Building, 501 Grant St., Ste. 200, Pittsburgh, PA 15219-4413) by no later

than **Monday, May 13, 2024 at 5:00 p.m.** Alternatively, Defendant Neyhouse may negotiate alternative means of compliance with Plaintiff's counsel.

2. To respond fully in writing and produce documents in response to Plaintiff's First Request for Production of Documents, Software and Things Directed to James Neyhouse (Doc. No. 3-2), a copy of which is attached. Defendant shall provide his written responses and responsive documents to Plaintiff's counsel, Erin McLaughlin, via email ([erin.mclaughlin@bipc.com](mailto:erin.mclaughlin@bipc.com)) if practicable and regular mail (Buchanan Ingersoll & Rooney PC, Union Trust Building, 501 Grant St., Ste. 200, Pittsburgh, PA 15219-4413) by no later than **Monday, May 13, 2024 at 5:00 p.m.** Alternatively, Defendant Neyhouse may negotiate alternative means of compliance with Plaintiff's counsel.

3. To appear for a videotaped deposition at a time mutually agreeable to the parties, but prior to the preliminary injunction hearing, at the office of Buchanan Ingersoll & Rooney PC, Union Trust Building, 501 Grant St., Ste. 200, Pittsburgh, PA 15219-4413.

**IT IS SO ORDERED.**

                                               */s/ Caroline H. Gentry*
                                               Caroline H. Gentry
                                               United States Magistrate Judge